**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EDWARD LOPEZ, | CRIMINAL ACTION<br>1:07-CR-149-CAP-AJB-03 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:10-CV-3898-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the report and recommendation of the magistrate judge [Doc. No. 206] and the objections thereto [Doc. No. 207].

The magistrate judge applied the proper standard in analyzing the ineffective assistance claims, and this court agrees with the findings with respect the voluntary nature of Movant's guilty plea. Additionally, the claims related to counsel's performance at sentencing and on appeal were correctly found to be barred by the valid waiver Movant entered in conjunction with his plea. In his objections, Movant attempts to present his claims of voluntariness from a different time frame. His assertions within the objections belie his testimony before this court. Therefore, this court concludes that the plea was voluntary and Movant is bound by the waiver. Based on the foregoing, the court receives the R&R with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 29th day of February, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge